JS-6

FILED
DEC 22 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER, CSB No. 107014
4  Assistant United States Attorney
        411 West Fourth Street, Suite 8000
5       Santa Ana, California 92701
        Telephone: (714) 338-3532
6       Facsimile: (714) 338-3523
        E-mail   : marcus.kerner@usdoj.gov
7
   Attorneys for Defendant, Michael J. Astrue
8  Commissioner of Social Security

9               UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 FREDERICK BATTLE,              )   NO. CV 03-864-MLG
                                  )
13      Plaintiff,                )   JUDGMENT
                                  )
14 v.                             )
                                  )
15 MICHAEL J. ASTRUE,             )
   Commissioner of Social         )
16 Security,                      )
                                  )
17      Defendant.                )
   _____)
18

19      The Court having approved the stipulation of the parties to
20 reopen this case for the purpose of entering partial judgment for
21 Plaintiff, the Court hereby grants partial judgment for Plaintiff
22 in accord with the attached Administrative Law Judge's decision
23 entered March 2, 2006.
24 ///
25 ///
26 ///
27 ///
28

The parties' stipulation to reopen this case in order to enter partial judgment for Plaintiff is hereby approved. IT IS THEREFORE ORDERED that this case is hereby reopened whereupon partial judgment shall be entered for Plaintiff.

Dated this _22nd_, day of _December_, 2008.

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE